84 of 1825   *Bank of Michigan v M$^c$Closkey*
Filed in open Court   Dec. 5. 1827

84 Sup Court 1825   *Bank vs M$^c$Closkey*   Verdict Entered & Recorded Dec. 21. 1827

In the Case of The President, Directors & C$^o$ of the Bank of Michigan against James M$^c$Closkey We the Jurors find in the first Breach as set forth in the declaration—for the Plaintiffs, In the second Breach of the same—we find for the Plain-

tiffs, In the third Breach of the same—we find for the Plaintiffs in the sum of Ten thousand, three hundred & thirty six Dollars & seventy seven cents Damages. In the fourth Breach of the same we find for the plaintiffs—& In the fifth Breach of the same we find f[or th]e Plaintiffs—

Done at the Jury Room in Detroit this 21st Dec$^r$ 1827— at 2 OClock A.M.—

| | |
|---|---|
| J. WILLIAMS Foreman | JOHN D CRAY |
| JOHN W HUNTER | SAMUEL PHELPS |
| A H BALLARD | JAMES TROWBRIDGE |
| STEPHEN BAIN | A H CLARK |
| PETER DESNOYERS | JOSHUA SECORD |
| GARRY SPENCER | MASON PALMER |

84 of 1825   *Bank of Michigan vs James M$^c$Closkey*   Mo. & reasons for New Trial  Fil$^d$ with Clk  Dec$^r$ 27th 1827 before 10 O'Clock a.m.